IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No.: 3:21-cv-127

Cherilynn K. Stafford,

Plaintiff,

vs.

AT&T Umbrella Benefit Plan No. 1,

Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Cherilynn K. Stafford and Defendant AT&T Umbrella Benefit Plan No. 1 hereby stipulate that Plaintiff's Complaint in the above-styled action shall be and the same hereby is dismissed *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

Respectfully submitted, this 1st day of March, 2022.

| | |
|---|---|
| s/M. Leila Louzri | s/Leon H. Lee, Jr. |
| M. Leila Louzri, Esq. | Leon H. Lee, Jr., Esq. |
| NC Bar #: 48743 | NC Bar #: 14187 |
| **FOSTER LAW FIRM, LLC** | **AT&T LEGAL DEPARTMENT** |
| 25 Mills Avenue | One CNN Center, SW1433A |
| Greenville, SC 29605 | Atlanta, GA 30303 |
| Telephone: (864) 242-6200 | Telephone: (404) 893-7951 |
| Email: llouzri@fosterfoster.com | Email: ll4314@att.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |